# United States Court of Appeals
## For the First Circuit

No. 08-1534

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

CITY OF PROVIDENCE, RHODE ISLAND, by and through its Treasurer,
STEPHEN NAPOLITANO; DAVID CICILLINE, in his official capacity as
Mayor and Acting Public Safety Commissioner for the City of
Providence; COLONEL DEAN ESSERMAN, in his official capacity as
the Chief of Police for the City of Providence,

Defendants, Appellants, Cross-Appellees.

No. 08-1535

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

MARY LENNON, individually and in her former official capacity as
the Chief of Operations of the Communications Department,

Defendant, Appellant, Cross-Appellee.

No. 08-1536

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

MANUEL VIEIRA, individually and in his former official capacity
as the Communications Director,

1

Defendant, Appellant, Cross-Appellee.

No. 08-2417

THOMAS WALDEN, et al.,

Plaintiffs, Appellees, Cross-Appellants,

v.

CITY OF PROVIDENCE, et al.,

Defendants, Appellants, Cross-Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on February 23, 2010, is amended as follows:

On page 17, at line 7, "under" should be inserted between "rights" and "Rhode Island's."

On page 26, at line 21, "ask" should be inserted between "specifically" and "whether."

On page 41, at line 24, "of" should be inserted between "interpretations" and "the federal wiretap."

On page 44, at line 13, "state privacy act" should be inserted between "the" and "verdict."